932 A.2d 871

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Lonnie DAWSON, Petitioner.**

**No. 104 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 31, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2007, the Petition to File a Petition for Allowance of Appeal Out of Time is denied.

932 A.2d 872

**Timothy WALKER, Petitioner,**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 91 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 31, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus and/or Extraordinary Relief is denied.